JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT ELIJAH SMITH, JR., | ) No. CV 09-4587-CAS (AGR) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| ADAMS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: July 2, 2009

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE